# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

State of Montana, ex rel., Austin Knudsen, Attorney General

**Plaintiff**

Case No.: 1:23-cv-00145-SPW-TJC

*vs.*

Meta Platforms, Inc., et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Gonzalo A. Lazalde, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint with Exhibit in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/13/2023 at 11:30 AM, I served Facebook Holdings, LLC at 1 Hacker Way, Building 1, Menlo Park, CA 94025 with the Summons, Civil Cover Sheet, and Complaint with Exhibit by serving Nadra Son, Security Lead, authorized to accept service.

Nadra Son is described herein as:

Gender: Male    Race/Skin: Hispanic    Age: 30    Weight:    Height: 160    Hair: Black    Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

12/15/2023
**Executed On**



Gonzalo A. Lazalde

Client Ref Number:N/A
Job #: 1627990

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050