William W. Mercer
John D. Sullivan
Holland & Hart LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, Montana 59103-0639
Telephone: (406) 252-2166
wwmercer@hollandhart.com
jdsullivan@hollandhart.com

Attorneys for Defendants Meta Platforms, Inc.;
Instagram, LLC; Facebook Holdings, LLC;
Facebook Operations, LLC; Meta Payments, Inc.;
Meta Platforms Technologies, LLC; and Siculus, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STATE OF MONTANA, *ex rel.* AUSTIN KNUDSEN, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., INSTAGRAM, LLC, FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, META PAYMENTS, INC., META PLATFORMS TECHNOLOGIES, LLC, SICULUS, INC.<br><br>Defendants. | CV 23-145-BLG-SPW-TJC<br><br>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule of Civil Procedure 7.1, Defendants Meta Platforms, Inc.; Instagram, LLC; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments, Inc.; Meta Platforms Technologies, LLC; and Siculus, Inc. ("Defendants") respectfully request that the Court enter an order extending the time for Defendants to respond to the Complaint of Plaintiff the State of Montana, *ex rel.* Austin Knudsen, Attorney General ("Plaintiff") (and, together with Defendants, the "Parties"), until 30 days after any determination by the Judicial Panel on Multidistrict Litigation ("JPML") that this action is not appropriate for inclusion in MDL No. 3047.  Plaintiff does not oppose this request.

In support of this request, Defendants state the following:

1. On December 1, 2023, Plaintiff filed the Complaint in this action.

2. On January 17, 2024, the Parties conferred and stipulated that service of the Complaint on Defendants is to be deemed effective as of January 12, 2024.

3. Based on the January 12, 2024 service date, the current deadline for Defendants to respond to the Complaint is February 2, 2024.

4. On January 17, 2024, Defendants filed a Notice of Potential Tag-Along Action with the JPML, asserting that this action shares common questions of fact and law with other actions previously transferred to the multidistrict litigation pending before Judge Yvonne Gonzalez Rogers in the Northern District

of California.  *See In re: Soc. Media Adolescent Addiction/Pers. Inj. Prods. Liab. Litig.*, MDL No. 3047 ("JPML Dkt."), Dkt. No. 345.

5. The JPML has not yet ruled on whether this action should be conditionally transferred to MDL No. 3047.

6. If the JPML conditionally transfers this action to MDL No. 3047, the conditional transfer order ("CTO") would be finalized, and transfer would be effected, seven (7) days after the CTO issues, provided that Plaintiff does not file an opposition to the CTO.

7. Plaintiff has stated that it does not intend to file an opposition to any CTO conditionally transferring this action to MDL No. 3047.

8. If this action is transferred to MDL No. 3047, Defendants' deadline to move, plead, or otherwise respond to the Complaint will be set by the MDL court. *See* Case Management Order No. 4, *In re: Soc. Media Adolescent Addiction/Pers. Inj. Prods. Liab. Litig.*, No. 4:22-md-03047-YGR (N.D. Cal. Dec. 19, 2022), Dkt. No. 119.

9. Defendants have not previously sought an extension of the responsive pleading deadline in this action.

10. In light of the foregoing, the Parties have conferred and Plaintiff does not oppose Defendants' request that the current responsive pleading deadline in this action of February 2, 2024 be extended in connection with the JPML's

3

forthcoming ruling on Defendants' Notice of Potential Tag-Along Action, JPML Dkt. No. 345, concerning this action.

THEREFORE, Defendants respectfully request that the Court enter an order extending Defendants' deadline to respond to the Complaint until 30 days after any denial by the JPML of Defendants' pending motion to transfer this action to MDL No. 3047.

Dated this 31st day of January, 2024.

/s/ William W. Mercer
William W. Mercer
Holland & Hart LLP

Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments, Inc.; Meta Platforms Technologies, LLC; and Siculus, Inc.

31346363_v1